**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

PACIFIC OIL AND GAS, LLC, ET AL.,

     Plaintiffs,

     v.                                 Case No. 16-CV-2498-JAR

CHESAPEAKE ENERGY CORP., ET AL.,

     Defendants.

## ORDER

On December 2, 2016, Plaintiffs filed a Notice pursuant to Local Rule 7.1(f) (Doc. 34) apprising the Court of a pending lawsuit in Oklahoma.[1]  Plaintiff notified the Court that the United States District Court for the Western District of Oklahoma was considering a motion to re-open the case, which would impact the pending Motion to Transfer by Defendant Chesapeake Energy Corp. and Chesapeake Exploration, LLC (Doc. 27) before this Court.  Plaintiffs and Defendants requested that this Court stay consideration of the Motion to Transfer until the Western District of Oklahoma decided that motion.[2]

On March 1, 2017, the parties submitted a helpful joint status report stating that the case in the Western District of Oklahoma was transferred from Judge Miles-LaGrange to Judge Heaton.  Judge Heaton has set a status conference for March 21, 2017, and the parties anticipate that he will issue a case schedule and the matter will become active.  The parties propose that they should provide a supplemental report within ten days after that status conference.

---

[1] *In re Anadarko Basin Oil & Gas Lease Antitrust Litig.*, No. 16-209 (W.D. Okla.).

[2] Doc. 34, 35, 36.

The parties are directed to jointly file a brief Status Report by **March 31, 2017** explaining the status of the litigation before the Western District of Oklahoma.  After March 31, the Court will consider the Motion to Transfer.

**IT IS SO ORDERED.**

Dated: March 2, 2017

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE